AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:24MJ6 (TOF) |
| AUBREY WAYNE ROSE, JR. | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>450 Main St.<br>Hartford, CT, 06103 | Courtroom No.: East Courtroom, 2d Floor |
|---|---|---|
| | | Date and Time: 1/8/24 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/04/2024

Date: 2024.01.04 14:30:59 -05'00'

*Judge's signature*

Thomas O. Farrish, USMJ
*Printed name and title*